

FILED
CLERK, U.S. DISTRICT COURT
APR 15 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOVANY RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON BARNES, Warden,<br><br>　　　　　Respondent. | Case No. CV 12-10173-GW (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed objections to the Report and Recommendation. Having made a _de novo_ determination of those portions of the Report and Recommendation to which objections have been made, the Court accepts the findings and recommendation of the Magistrate Judge, with the following typographical corrections:

　　　A.　On page 2, line 23: replace "violated" with "violating";

　　　B.　On page 4, line 6: replace "that the wanted" with "that he wanted";

　　　C.　On page 8, line 15: replace "to" with "an";

1      D.    On page 12, line 20-21: replace "422 F.3d at 1030" with "422 F.3d at 1029";

3      E.    On page 18, line 19: replace "scene of the crime" with "scene of the Manzo shooting";

5      F.    On page 24, line 28: replace "court" with "Court"; and

6      G.    On page 25, line 4: replace "Brecht" with "<u>Brecht</u>".

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: April 11, 2014

_____
HON. GEORGE H. WU
United States District Judge