UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOVANY RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>RON BARNES, Warden,<br><br>　　　　　Respondent. | Case No. CV 12-10173-GW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: April 11, 2014



_____
HON. GEORGE H. WU
United States District Judge